UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>vs.<br><br>GATLIN WAYNE HERRERA,<br><br>    Defendant. | 4:22-CR-40036-KES<br><br>ORDER ADOPTING<br>REPORT & RECOMMENDATION |

On November 30, 2023, defendant, Gatlin Wayne Herrera, appeared before Magistrate Judge Veronica Duffy for a change of plea hearing. Magistrate Judge Duffy issued a report recommending the court accept defendant's plea of guilty to the Superseding Indictment. The Superseding Indictment charges Herrera with Attempted Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2)(A) and (b)(1). The parties both waived any objection to the report and recommendation. Upon review of the record, it is

ORDERED that the report and recommendation (Docket 63) is adopted. The defendant is adjudged guilty of Attempted Receipt of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2)(A) and (b)(1).

It is FURTHER ORDERED that the sentencing hearing in this matter will be on February 26, 2024 at 1:00 p.m. in Sioux Falls, Courtroom 2.

Dated December 6, 2023.

BY THE COURT:

*/s/ Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE